932 A.2d 25

STATE OF NEW JERSEY IN THE INTEREST OF A.O.

September 11, 2007.

This matter having been duly presented to the Court, it is ORDERED that the motion of the State of New Jersey for summary disposition is granted, to the end that the matter is summarily remanded to the Appellate Division for reconsideration on the merits in light of *State v. Williams*, 192 *N.J.* 1, 926 *A.*2d 340 (2007). Jurisdiction is not retained.

932 A.2d 26

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT
v. JANET GELMAN (N/K/A CAITLIN RYERSON)
DEFENDANT–MOVANT.

September 11, 2007.

Granted.